IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEFF BROWN and SHERRI GOTHIER, Individually and as Co-Special Administrators of the Estate of KB, Deceased,<br><br>    Plaintiffs,<br><br>vs.<br><br>PROVIDENCE MEDICAL CENTER, (Wayne, Nebraska); MERCY MEDICAL SERVICES, INC. (Sioux City, Iowa); and BENJAMIN J. MARTIN, M.D.,<br><br>    Defendants. | Case No. 8:10cv230<br><br>**AMENDED ORDER** |

This case came before the court for a scheduled pretrial conference and the plaintiffs' Request to Alter Trial Date or in the Alternative for an Order of Dismissal Without Prejudice (#189). The plaintiffs' Request was opposed by the defendants. Argument was held and the Plaintiffs' Request to Alter Trial Date (#189) will be denied.

**IT IS ORDERED:**

1. The plaintiffs' Request to Alter Trial Date (#189) is denied.

2. The deadline for the filing of non-expert motions in limine is extended to October 17, 2011.

3. The plaintiffs are given until October 17, 2011 to file their objection to defendant Martin's Motion in Limine (#177).

4. The pretrial conference will be rescheduled.

Dated this 6th day of October 2011.

                                              BY THE COURT:

                                              S/ F.A. Gossett, III
                                              United States Magistrate Judge

A party may object to a magistrate judge's order by filing a "Statement of Objection to Magistrate Judge's Order" within 14 days after being served with the order. The objecting party must comply with all requirements of NECivR 72.2.